# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SLATNICK and JOHN SONNENBERG,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC. d/b/a DEUTSCHE BANK ALEX. BROWN; CORNERSTONE STRATEGIC, ADVISORS, LLC; ROGER FULLER; D. MICHAEL BISHOP; CANTLEY & SEDACCA, LLP; EDWARD SEDACCA, ESQ.; CLARION CAPITAL LLC; CF ADVISORS, LLC; DAN BROOKS; and DOES 1-50, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO. 04CV2288-LAB (JMA)<br><br>**ORDER TO PROVIDE STATUS REPORT** |

By Order entered March 15, 2006, this court granted the motion of defendants Deutsche Bank AG and Deutsche Bank Securities, Inc., d/b/a/ Deutsche Bank Alex Brown (collectively "Deutsche Bank") to compel arbitration of plaintiffs' claims against them in this breach of contract action arising out of a failed tax shelter arrangement. The case was originally removed from state court on November 15, 2004, and the arbitration Order issued nearly eighteen months ago. The case will have been pending in federal court for three years in November 2007. **IT IS HEREBY ORDERED** that on or before ***September 21, 2007*** the remaining parties to this litigation shall jointly file a Status Report to inform the court of the progress of the arbitration and to confirm, as appears from the docket, the only remaining defendants in this case are Deutsche Bank.

**IT IS SO ORDERED**.

DATED: September 10, 2007

　　　　　　　　　　　　　　　　　　　　　　　　*Larry A. Burns*

　　　　　　　　　　　　　　　　　　　　　　　　**HONORABLE LARRY ALAN BURNS**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge