# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SLATNICK and JOHN SONNENBERG,<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK AG; DEUTSCHE BANK SECURITIES INC. d/b/a DEUTSCHE BANK ALEX. BROWN; CORNERSTONE STRATEGIC, ADVISORS, LLC; ROGER FULLER; D. MICHAEL BISHOP; CANTLEY & SEDACCA, LLP; EDWARD SEDACCA, ESQ.; CLARION CAPITAL LLC; CF ADVISORS, LLC; DAN BROOKS; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 04CV2288-LAB (JMA)<br><br>**ORDER TO PROVIDE STATUS REPORTS** |

By Order entered September 12, 2007, this court instructed the remaining parties in this litigation (plaintiffs and the Deutsche Bank entities) to provide the court with a status report on the progress of their arbitration. The parties provided the Status Report on September 20, 2007, indicating the Financial Industry Regulatory Authority ("FINRA") had most recently cancelled a scheduled September 24, 2007 pre-hearing conference with a request the parties provide FINRA with their availability on suggested dates in early October 2007 to reschedule the pre-hearing conference.

In consideration of the fact this litigation will have been pending in this court for three years on the November 15, 2007 anniversary of its removal from state court, triggering certain court reporting requirements effective in March 2008, **IT IS HEREBY ORDERED** the parties shall provide this court with a Joint Status Report on the first day of each calendar month beginning in

1 | November 2007 to inform the court of their progress toward resolution of this matter. **IT IS**
2 | **FURTHER ORDERED** the parties shall convey to the FINRA the court's hope the arbitration can
3 | be finally concluded before March 2008 and shall themselves make every effort to expedite that
4 | process to facilitate such a schedule.
5 |     **IT IS SO ORDERED**.
6 | DATED: October 22, 2007

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge